```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Plaza Home Mortgage, Inc.,

                               Plaintiff,                      24-cv-9016

                        -against-                      **ORDER**

Dobson, et al.,

                               Defendants.
-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      On July 15, 2025, the Court directed the parties to submit a joint status letter or stipulation of dismissal to the Court by no later than August 15, 2025. (ECF No. 57). The Court has not yet received any such letter or stipulation. The parties are reminded to submit a status letter, which is now due by **August 22, 2025**.

      **SO ORDERED.**

DATED:    White Plains, New York
                  August 18, 2025

                                                          _____
                                                          VICTORIA REZNIK
                                                           United States Magistrate Judge